Order Form (01/2005)

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6745 | **DATE** | 10/16/2007 |
| **CASE TITLE** | Coprez Coffie vs. City of Chicago et al | | |

**DOCKET ENTRY TEXT**

Trial ends (jury). The Jury find in favor of the plaintiff and against the defendants. Judgment is entered pursuant to stipulation in the amount of $4,675,000.00 inclusive of attorney fees and costs in favor of the plaintiff and against the defendants. Post trial motions are due on 10/31/2007; responses to post trial motions due by 11/14/2007. Replies due by 11/28/2007.

Notices and AO 450 mailed by Judicial staff.

06:30

| | Courtroom Deputy Initials: | AMM |
|---|---|---|