# United States District Court
## Northern District of Illinois
### Eastern Division

Coprez Coffie              **JUDGMENT IN A CIVIL CASE**

      v.                   Case Number: 05 C 6745

City of Chicago et al

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered pursuant to stipulation in the amount of $4,675,000.00 inclusive of attorney fees and costs in favor of the plaintiff and against the defendants.

Michael W. Dobbins, Clerk of Court

Date: 10/16/2007              _____
                                                    /s/ Alyce Mobley-Morris, Deputy Clerk