

# CERTIFIED COPY

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**
Jun 17, 2008
JUN 17 2008 YM

June 16, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| No.: 08-1375 | COPREZ COFFIE,<br>Plaintiff - Appellee<br><br>v.<br><br>CITY OF CHICAGO, OFFICER SCOTT KORHONEN and OFFICER GERALD LODWICH,<br>Defendants - Appellants |

**Originating Case Information:**

District Court No: 1:05-cv-06745    05 cv 6745
Northern District of Illinois, Eastern Division
Court Reporter Colleen Conway
Clerk/Agency Rep Michael Dobbins
District Judge James Holderman

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate (form ID: 137)

A True Copy:
Teste:

_Alyssa Hancock_
Clerk of the United States
Court of Appeals for the
Seventh Circuit.